# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IN RE:

    **Maurice Mc Laughlin**                      CASE NO.: **09:16-bk-8283-FMD**
                                                                                            CHAPTER 13

    Debtors

_____/

## RESPONSE AND OBJECTION TO MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY [Doc. 18 and 20]

COMES NOW, DEBTOR, by and through undersign counsel and files his response and objection to Creditors Eagle Creek Community Association, Inc. and Eagle Creek Golf and Country Club, Inc. Motions for Relief From the Automatic Stay [Docs. 18 and 20] and in support thereof states:

1. Both Creditors filed Motions for Relief on December 2, 2016 and December 6, 2016 respectively.

2. Debtor has proposed a Chapter 13 Plan to Avoid Liens of both creditors as he believes the value of the property as of the date of filing the petition was less than what is owed to the First Mortgage Holder.

3. Debtor will amend the Plan to provide all future assessments coming due to be paid through the plan.

4. The next assessment becomes due on January 1, 2017.

5. Debtor will also file his motion to value and avoid the liens by both creditors with this Court.

6. As such, Debtor objects to both Motions for Relief and requests a hearing on all matters.

WHEREFORE, Debtor respectfully requests this Honorable Court Deny the Motion(s)

for Relief and grant any further relief to the Debtor that this Court finds just and Proper.

## CERTIFICATE OF SERVICE

    I HEREBY certify that on September 21, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing was provided electronically or by U.S. Mail to: Gregory A Champeau, Attorney for Eagle Creek Golf and Country Club, Inc. and Eagle Creek Community Association, Inc.

        The Hamisch Law Firm, PLLC
        501 Goodlette Frank Rd, Suite A-210
        Naples, FL 34102
        Phone (239) 216-4783
        Fax    (239) 206-4155

        /s/ Alan F. Hamisch
        Alan F. Hamisch, Esq.
        FBN: 88647